**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:26-cv-00802-SRW |
| | ) | |
| ST. CHARLES COUNTY and FOX 2 NEWS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Self-represented Plaintiff Mark Myers brings this 42 U.S.C. § 1983 civil rights action against St. Charles County and Fox 2 News, seeking a public apology and money damages. ECF No. 1. However, Plaintiff has neither paid the Court filing fee nor filed a motion to proceed *in forma pauperis*, or without prepayment of fees or costs. Plaintiff must do one or the other in order for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis."). Furthermore, if Plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file a motion to proceed *in forma pauperis* may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit an Application to proceed without prepayment within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files an Application to proceed without prepayment, he must also submit a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 27th day of July, 2026.

STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

2